

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric T. Dicks | Civil Action No. 16cv0713-MMA(BLM) |
| **Plaintiff,** | |
| V. | |
| R. L. Witte | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion for summary judgment. Judgment is entered in favor of Defendant and against Plaintiff.

Date: 1/4/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy